IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              Plaintiff

v.                        Case No. 4:07-CR-00264-06 GTE

SORRELL "JOE" HONEA                                                   Defendant

## **ORDER**

The Court has received information from the United States Probation Office which provides good cause for concluding that Defendant, while incarcerated prior to sentencing, is not receiving the minimum level of health care to which he is entitled by the United States Constitution. The Court has consulted with counsel for the Defendant and the Government. After balancing the totality of the circumstances, including the likelihood of serious harm if immediate action is not taken, and with the agreement of both parties,

IT IS HEREBY ORDERED THAT Defendant Sorrell "Joe" Honea shall be released **immediately** from detention on his own recognizance under the same conditions of his previous bond. He shall remain free on bond pending sentencing.

IT IS SO ORDERED THIS   31st   day of December, 2009.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE